Filed: 11-23-04
Clerk, U.S. District Court
Western District of Texas
By: KL18
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| v. | } | NO. EP-04-CR-2288 PRM |
| | } | |
| ADAN BARRAZA-GOMEZ | } | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Hearing Room, # 201, 2nd floor, of the United States Courthouse, 511 E. San Antonio, El Paso, Texas on **Wednesday, December 08, 2004 at 1:30:00 PM.**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS FURTHER ORDERED** that plea agreements, if any, must be filed by 5:00 p.m. the business day prior to the day of the scheduled plea.

**IT IS SO ORDERED** this Tuesday, November 23, 2004.

Norbert J. Garney
NORBERT J. GARNEY
United States Magistrate Judge

12